A. De Luca for use of Adam Prehler, appellee, v. Fort Dearborn Casualty Underwriters, appellant. Gen. No. 31,432.

Garnishment proceedings. Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first

district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

Murphy O. Tate, for appellant; Leo. M. Tarpey, of counsel. Harry H. Felgar, for appellee.

Mr. Justice Thomson delivered the opinion of the court.